IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03199-PAB-MJW

JOHN M. MCDONALD,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,
ELDRIDGE GREER, and
NORMA GIRON,
in their individual capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Expedited Entry of Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Protective Order (docket no. 18-1) is APPROVED as amended in paragraph 7 and made an Order of Court.

Date: February 21, 2014